**Order entered May 12, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00038-CR

**BENJAMIN LEE CHRONISTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the County Criminal Court No. 11
### Dallas County, Texas
### Trial Court Cause No. MA14-20697-N

## ORDER

The Court has before it appellant's May 11, 2015 motion to supplement the reporter's record and to extend time to file appellant's brief. In the motion, appellant states that State's Exhibit no. 1, the 911 call, was not filed with the reporter's record. State's Exhibit no. 1 has been filed with the record in this Court; therefore, we will treat the motion as stating that a copy of the exhibit was not filed with the County Clerk as required by Texas Rule of Appellate Procedure 34.6(h). We note the reporter's record filed in this appeal was prepared by Vearneas Faggett, then official court reporter of the County Criminal Court No. 11. Accordingly, we **GRANT** appellant's motion as follows.

We **ORDER** Vearneas Faggett, former official court reporter of the County Criminal Court No. 11, to file, by **MAY 26, 2015**, a copy of State's Exhibit no. 1 with the Dallas County Clerk. *See* TEX. R. APP. P. 34.6(h).

We **ORDER** appellant to file his brief by **JULY 1, 2015**.

We **DIRECT** the Clerk to send copies of this order to Vearneas Faggett, official court reporter, Criminal District Court No. 7; Estrella Pineda, official court reporter, County Criminal Court No. 11; and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE